# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHIRRON GAYLES-ZANDERS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE LINDA
MARIE BELL; AND ERIC BOSSI,
STEIN FORENSIC HOSPITAL,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81304

**FILED**

JUL 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF CERTIORARI*

This is an original petition for a writ of certiorari that appears to challenge a district court order granting the State's motion to forcibly medicate petitioner, as well as challenging the conditions of confinement in the mental health facility where petitioner is currently being treated.

20-25351

We have reviewed the documents submitted in this matter and we decline to exercise original jurisdiction because petitioner is represented by counsel in the proceedings below, and petitioner should proceed by and through her counsel. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.        _____, J.
Hardesty                                          Stiglich

cc:     Hon. Linda Marie Bell, Chief Judge
        Shirron Gayles-Zanders
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk